THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS RAMIREZ-RICO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　Respondent. | CASE NO. C15-1386 JCC<br><br>ORDER DISMISSING CASE |

The Court, having reviewed the Report and Recommendation (Dkt. No. 21) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. 11) is GRANTED;

3. Petitioner's habeas petition is DENIED as moot, and this action is DISMISSED without prejudice; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

//

//

//

//

1   DATED this 4th day of April 2016.

[signature]

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2